# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kenneth E. Hare
                        Plaintiff,

v.                                                           Case No.: 1:19−cv−00692
                                                                Honorable John J. Tharp Jr.

ProPublica Illinois, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 8, 2020:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of discovery. The Court encourages the parties to discuss settlement prior to the next status hearing. The matter is set for a status hearing with the magistrate judge on 02/12/20 at 9:00 a.m. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.